Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Wanda Sue Coffman | § | CASE NO. 13-70390-hdh-13 |
| | § | |
| | § | Hearing on November 20, 2013 |
| | § | 10:00 AM |

NOTICE OF HEARING ON
DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Wanda Sue Coffman, Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Debtor's Motion to Extend Automatic Stay is set before the Honorable Judge Harlin D. Hale, at 10:00 o'clock A M, November 20, 2013, in the United States Bankruptcy Court, Room 208, 1000 Lamar, Wichita Falls, Texas 76301.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certified that on October 22, 2013, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White,
Attorney for Debtor

Alliance One Receivables Manage
P.O. Box 211128
Eagan, MN 55121-1128

Seymour Hospital Rural Health
201 Stadium Drive
Seymour, Texas 76380

Bank Of America
201 N Tryon St
Charlotte, NC 28255

Wichita Falls Tfcu
3001 Carter Ave
Wichita Falls, TX 76308

Baylor County Appraisal District
211 N. Washington
Seymour, TX 76380

Capital One
PO Box 85015
Richmond, VA 23285

Davis & Wardlaw Oil Company
PO Box 1040
Seymour, TX 76380

Discover Fin
Pob 15316
Wilmington, DE 19850

InterBank fka Farmer's National
PO Box 872
Seymour, TX 76380

Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

MBNA
PO Box 17054
Wilmington, DE 19884

Phillips & Cohen Associates, Ltd
258 Chapman Rd., Suite 205
Newark, DE 19702