Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave
Wichita Falls TX  76301
(940)-723-0099
(940)-723-0096 Fax

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-70390-HDH-13 |
| Wanda Sue Coffman | § | |
| | § | CHAPTER 13 |
| | § | |
| Debtor | § | |

MOTION TO EXCUSE DEBTOR'S FROM MANDATORY WAGE DIRECTIVE

NOW COMES, Wanda Sue Coffman, in the above-styled and numbered cause, and files this Motion to Excuse Debtor from Mandatory Wage Directive on behalf of Debtor, and in support thereof would respectfully show unto the Court as follows:

1. Debtor filed a Chapter 13 Bankruptcy on 10/22/2013.

2. Debtor is asking the Court to waive the requirement of payroll deduction for her Chapter 13 payment of $395.00.  Debtor works a part time job and hours are not consistent and may loose job in January 2014.

3. Debtor doesn't have internet to make her payments online. Debtor receives $2,059.52 from retirement and $209.00 from Social Security and will be able to make the Trustee payment from her other income.

WHEREFORE, Debtor, Wanda Sue Coffman, prays that the Motion to Excuse Debtor from Mandatory Wage Directive filed on Behalf of Debtor be granted and for such other and further relief to which said Debtor may be entitled, either at law or in equity.

Respectfully submitted,


/s/Monte J. White, SBN 00785232
Attorney for Debtor


CERTIFICATE OF CONFERENCE

On December 2, 2013, the Office of Monte J. White & Associates, PC, contacted Marc McBeath, Counsel for the Chapter 13 Trustee and was advised that the Trustee does not oppose the motion.


 s/Monte J. White, Attorney for Debtor

CERTIFICATE OF SERVICE

I, Monte J. White, do hereby certify that I served a true and correct copy of the foregoing Motion to the parties listed on the following parties by ECF and/or regular mail on December 4, 2013.

CHAPTER 13 TRUSTEE
Walter O'Cheskey
6308 Iola Ave
Lubbock, TX 79424

DEBTOR
Wanda Sue Coffman
608 West Custer
Seymour, Texas 76380

U.S. TRUSTEE
William T. Neary
1100 Commerce St., Rm 9SC60
Dallas, TX 75242

s/Monte J. White
Attorney for Debtor